%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MONTANA**

MONTANA SHOOTING SPORTS ASSOCIATION, SECOND AMENDMENT FOUNDATION, and GARY MARBUT

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: CV-09-147-M-DWM-JCL

ERIC H. HOLDER, JR., ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA

TO: (Name and address of Defendant)

ERIC H. HOLDER, JR., ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA, U.S. Dept. of Justice, Civil Div. 950 Pennsylvania Ave., NW, Room 7258 Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

QUENTIN M. RHOADES, Sullivan, Tabaracci & Rhoades, P.C., 1821 South Avenue West, 3rd Floor, Missoula, Montana 59801

an answer to the complaint which is served on you with this summons, within **60** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PATRICK E. DUFFY  
CLERK  

*[signature]* Stephens  
(By) DEPUTY CLERK

DATE October 1, 2009

*[Seal of United States District Court of Montana, 1890]*

※AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
              Date          Signature of Server

                            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.