UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA - MISSOULA DIVISION

Montana Shooting Sports Association,
Second Amendment Foundation, Inc., and
Gary Marbut,

       Plaintiffs,

v.

Eric H. Holder, Jr.,

       Defendant.

NOTICE AND CONSENT TO EXERCISE
OF JURISDICTION BY A UNITED
STATES MAGISTRATE JUDGE

CV-09-147-M-DWM-JCL

_____

NOTIFICATION OF ASSIGNMENT
TO UNITED STATES MAGISTRATE JUDGE

    YOU ARE HEREBY NOTIFIED that the U.S. Magistrate Judge for the District of Montana, Missoula Division, has been designated to exercise jurisdiction over this case pursuant to 28 USC 6369(c).

    You are free to withhold consent to the Magistrate Judge's exercise of jurisdiction over this case without adverse substantive consequences. However, the withholding of consent may have the adverse procedural consequences of a potential delay in trial due to speedy trial considerations in criminal cases. In accord with Federal Rules of civil Procedure 73(b), neither the Article III judge nor the magistrate judge will be informed of your response to this notification, unless all parties have consented to the assignment of the case to the magistrate.

    YOU ARE DIRECTED to return the enclosed consent form to the Clerk of Court no later than thirty (30) days from the date of notification, indicating on the form whether you **do** or **do not** consent to the magistrate judge's jurisdiction over this case. In the event you do not consent, an Article III judge will be reassigned jurisdiction of the case.

    Dated this 5th day of October, 2009.

    Patrick E. Duffy, Clerk
    U. S. DISTRICT COURT

    BY: /s/ Annie Puhrmann
    Deputy Clerk

**ACTION REQUIRED**
**CV-09-147-M-DWM-JCL - Montana Shooting Sports Assoc et al v. Holder**

## ***PLEASE FILE CONSENT FORM CONVENTIONALLY WITH THE CLERK'S OFFICE***

### CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 USC 636© and Fed.R.Civ.P. 73, the parties in this case hereby voluntarily consent to have the U. S. Magistrate conduct any and all further proceedings in the case, including the trial, order the entry of a final judgment, and conduct all post judgment proceedings.

| Signatures | Party Represented | Date |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

The undersigned **does not** consent to said exercise of jurisdiction by U. S. Magistrate Judge.

_____    _____    _____