Quentin M. Rhoades
State Bar No. 3969
**SULLIVAN, TABARACCI & RHOADES, P.C.**
1821 South Avenue West
Third Floor
Missoula, Montana  59801
Telephone:  (406) 721-9700
Facsimile:  (406) 721-5838
qmr@montanalawyer.com

*Pro Querente*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| **MONTANA SHOOTING SPORTS ASSOCIATION, SECOND AMENDMENT FOUNDATION, Inc., and GARY MARBUT,**<br><br>Plaintiffs,<br><br>v.<br><br>**ERIC H. HOLDER, JR., ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA,**<br><br>Defendant. | Cause No. CV-09-147-M-DWM-JCL<br><br>***NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS*** |

TO: ERIC H. HOLDER, JR., ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA, U.S. Dept. of Justice, Civil Division 950, Pennsylvania Avenue, NW, Room 7258, Washington D.C. 20530.

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the District of Montana, Missoula Division and has been assigned Case Number: CV-09-147-M-DWM-JCL.

This is not a formal summons or notification from the Court, but rather my request that you sign and return the enclosed Waiver of Service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if undersigned receives a signed copy of the waiver within 30 days from the date designated below, which is the date this notice was sent. I enclose a self-addressed, stamped envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the Court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from that date if your address is not in any judicial

district of the United States).

If you do not return the signed waiver within the time indicated, we will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the Court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. Please read the statement concerning the duty of parties to waive the service of a summons, which is set forth at the foot of the waiver form.

Undersigned certifies that this Notice of Lawsuit and Request For Waiver of Service of Summons is being sent to you on behalf of Plaintiffs this 16th day of October, 2009.

> Respectfully Submitted,
> SULLIVAN, TABARACCI & RHOADES, P.C.
>
> By: _____
> Quentin M. Rhoades
> *Pro Querente*