ALEXANDER K. HAAS
U.S. Department of Justice
P.O. Box 883
Washington, D.C.  20044
950 Pennsylvania Ave., N.W. – Ste. 2200C
Washington, D.C.  20530
Tel. (202) 307-3937 – Fax (202) 353-3880
alexander.haas@usdoj.gov

*Attorney for Federal Defendant*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## MISSOULA DIVISION

| | |
|---|---|
| **MONTANA SHOOTING SPORTS ASSOCIATION, et. al.,** | **09-CV-147-DWM-JLC** |
| Plaintiffs, | |
| | **Defendant's Motion To Dismiss** |
| v. | |
| **ERIC H. HOLDER, Jr.** | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 12(b), Defendant Eric H. Holder, Jr., Attorney General of the United States, hereby moves this Court to dismiss the Amended Complaint.  A memorandum of law accompanies

1

this motion. On January 19, 2010, undersigned counsel conferred with counsel for the Plaintiffs, who reserved Plaintiffs' position on the motion pending a review of the basis for the motion. Undersigned counsel expects the motion to be opposed.

Dated: January 19, 2010         Respectfully Submitted,

                                    TONY WEST
                                    Assistant Attorney General

                                    MICHAEL COTTER
                                    United States Attorney

                                    SANDRA SCHRAIBMAN
                                    Assistant Director, Federal Programs Br.

                                    */s/ Alexander K. Haas*
                                    ALEXANDER K. HAAS (CA 220932)
                                    U.S. DEPARTMENT OF JUSTICE
                                    P.O. BOX 883
                                    WASHINGTON, D.C.  20044
                                    Tel. (202) 307-3937 – Fax (202) 353-3880
                                    alexander.haas@usdoj.gov

OF COUNSEL:

MELISSA ANDERSON, ESQ.
BUEARU OF ALCOHOL, TOBACCO, FIREARMS
   & EXPLOSIVES
99 New York Avenue, NE
Washington, D.C. 20226
(202) 648-7056
DC Bar # 472274

2

## CERTIFICATE OF SERVICE

 I hereby certify that, on January 19, 2010, a copy of the foregoing document was served on counsel of record by filing it though the Court's CM/ECF system.

 I also certify that, on January 19, 2010, a copy of the foregoing document was sent by certified mail and electronically to:

 Attorney General Steve Bullock
 Office of the Attorney General
  Attn: Chris D. Tweeten, Chief Civil Counsel
 Justice Building, Third Floor
 215 North Sanders
 P.O. Box 201401
 Helena, MT 59620-1401
 contactdoj@mt.gov


        */s/ Alexander K. Haas*
        ALEXANDER K. HAAS