IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

Montana Shooting Sports Association et al,

        Plaintiffs,

v.

Eric H. Holder,

        Defendant.

ORDER

CV-09-147-M-DWM-JCL

FILED FEB 11 2010 PATRICK E. DUFFY, CLERK, DEPUTY CLERK, MISSOULA

    Consent to the jurisdiction of a United States Magistrate Judge having been either withheld or met with objection, **IT IS ORDERED**:

    1.    This case is reassigned to the Honorable Donald W. Molloy, Judge, United States District Court, for all trial proceedings and entry of judgment and for final determination of all pretrial matters excepted from the jurisdiction of the Magistrate Judge by 28 U.S.C. § 636(b)(1)(A).

    2.    Pursuant to 28 U.S.C. § 636(b)(1)(A), the case is referred to the Honorable Jeremiah C. Lynch, United States Magistrate Judge, who will conduct all pretrial proceedings in this action. Any requests to continue or vacate any dates set by the Scheduling Order entered by Magistrate Judge Lynch following the Preliminary Pretrial Conference must be made to and approved by Judge Molloy.

    3.    Pursuant to 28 U.S.C. § 636(b)(1)(B), the case is referred to the Honorable Jeremiah C. Lynch, United States Magistrate Judge, who will conduct all

necessary hearings and submit to the undersigned proposed findings of fact and recommendations for the disposition of all motions excepted from the Magistrate Judge's jurisdiction by 28 U.S.C. § 636(b)(1)(A).

4. The Clerk of Court is directed to forthwith notify the parties of the making of this Order.

DONE this 11 day of February, 2010.

DONALD W. MOLLOY, Judge
UNITED STATES DISTRICT COURT