# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

_____

MONTANA SHOOTING SPORTS
ASSOCIATION, SECOND
AMENDMENT FOUNDATION,
Inc., and GARY MARBUT

                                               CV-09-147-DWM-JCL

                Plaintiffs,

     vs.

                                              ORDER

ERIC H. HOLDER, JR., ATTORNEY
GENERAL OF THE UNITED STATES
OF AMERICA,

                Defendant.

_____

     The Weapons Collectors Society of Montana ("WCSM") has filed an

unopposed motion for leave to appear in this case as amicus curiae.   Accordingly,

     IT IS ORDERED that WCSM is granted leave to appear as amicus curiae in

this case for the limited purpose of submitting amicus briefs on pending motions.

     DATED this 19th day of March, 2010

                        /s/ Jeremiah C. Lynch_____
                      Jeremiah C. Lynch
                      United States Magistrate Judge