PATRICK T. FOX
Doubek & Pyfer, PLLP
PO Box 236
Helena, MT 59624
Phone: 406-442-7830 Fax: 406-442-7839
patrickfox@doubekpyfer.com

**RECEIVED**

MAR 24 2010

CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
HELENA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA, MISSOULA DIVISION

| | |
|---|---|
| MONTANA SHOOTING SPORTS ASSOCIATION, INC., et al., | No. 09-CV-147-M-DWM-JCL |
| Plaintiffs, | APPLICATION TO ADMIT MARK L. SHURTLEFF *PRO HAC VICE* TO APPEAR ON BEHALF OF THE STATE OF UTAH AND OTHER STATES AS *AMICI CURIAE* |
| v. | |
| ERIC H. HOLDER, JR., Attorney General of the United States, | |
| Defendant. | |

I, Mark L. Shurtleff, am an attorney at law duly qualified to practice law before various courts, who is applying to be admitted *pro hac vice* to appear on behalf of the State of Utah and other States, and if called as a witness, I could and would competently and truthfully testify to the following:

1. I am the Attorney General for the State of Utah, and have been so since January 2001, and am currently serving my third term in office. My office is located at the Utah State Capitol, 350 North State Street, Suite 230, Salt Lake City,

1

Utah 84114-2320.

2. During my nine years as Utah Attorney General, attorneys under my supervision have prepared and filed in state and federal courts scores of briefs as parties or as *amicus curiae*, including many in the United States Supreme Court. I and my staff appreciate the courts' time constraints and know that the purpose of an *amicus* brief is to assist, not to burden, the courts.

3. Prior to serving as Utah Attorney General, I served as the Chair of the Salt Lake County Commission in the State of Utah from 1999 to 2001. From 1997 to 1998, I was a Deputy County Attorney for Salt Lake County, Utah. From 1993 to 1997, I served an as Assistant Attorney General in the Utah Attorney General's office, during which time I was appointed Section Chief for the Civil Rights & Corrections and served as the lead attorney for Public Safety. From 1990 to 1993, I was a private practice trial lawyer in California. From 1985 to 1990, I served in the U.S. Navy Judge Advocate General (JAG) Corp as an Officer and Attorney, prosecuting hundreds of cases. I have also served as a Small Claims Judge Pro Tem in the Third District Court of the State of Utah and as a law enforcement and corrections instructor.

4. I was admitted to practice law in the state of Utah in 1985, and I was admitted to practice law in the state of California in 1989. In 2001, I was admitted

to practice in the United States District Court for the District of Utah, the United States Court of Appeals for the Tenth Circuit, and in the United States Supreme Court.

5. My admission has not been terminated in any of these jurisdictions, and I am in good standing and eligible to practice in all of the foregoing jurisdictions. I did, however, voluntarily inactivate my license to practice in the State of California after relocating to the State of Utah in 1990.

6. I am not currently suspended or disbarred in any court.

7. I have never been held in contempt or otherwise disciplined by any court for disobedience to its rules or orders or sanctioned under Fed. R. Civ. P. 11 or 37(b), ( c), (d), or (f) or their state equivalent.

8. I have not concurrently or within the year preceding the date of application made any *pro hac vice* application of this Court.

9. I wish to appear and herewith apply to appear to represent the State of Utah and other States that may join Utah, as *Amici Curiae*, in the above matter. Patrick T. Fox has consented to my application and has graciously offered to file this application and related motions as local counsel without charging for his time.

I, Mark L. Shurtleff, declare under penalty of perjury under 28 U.S.C. § 1746(2), the laws of the United States and of the State of Utah, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 22nd day of March, 2010.

Mark L. Shurtleff

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon the following individuals by U.S. mail, with sufficient first-class postage prepaid, to the mailing addresses indicated below, and via email to the electronic mailing addresses indicated below, if any, this 24 day of March, 2010.

Quentin M. Rhoades
Sullivan, Tabaracci & Rhoades
1821 South Ave. West, 3rd Floor
Missoula, MT 59801
qmr@montanalawyer.com

Nicholas C. Dranias
Goldwater Institute
500 East Coronado Road
Phoenix, AZ 85004
ndranias@goldwaterinstitute.org

Alexander K. Haas
U.S. Department of Justice
PO Box 883
Washington, D.C. 20530
alexander.haas@usdoj.gov

Timothy C. Fox
Gough, Shanahan, Johnson & Waterman
PO Box 1715
Helena, MT 59624-1715
tcf@gsjw.com

_/s/ Patrick T. Fox_
Patrick T. Fox
Doubek & Pyfer, PLLP
PO Box 236
Helena, MT 59624
Phone: 406-442-7830
Fax: 406-442-7839
patrickfox@doubekpyfer.com

MSSA v. Holder\pro hac vice application