IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
MAR 25 2010
PATRICK E. DUFFY, CLERK
By _____
DEPUTY CLERK, MISSOULA

| | |
|---|---|
| MONTANA SHOOTING SPORTS ASSOCIATION, INC., et al., | No. 09-CV-147-M-DWM-JCL |
| Plaintiffs, | ORDER |
| v. | |
| ERIC H. HOLDER, JR., Attorney General of the United States, | |
| Defendant. | |

The State of Utah and other States move for leave to participate as *amici curiae* in support of Plaintiffs in this action. The parties do not oppose this motion.

Additionally, Patrick T. Fox of Doubek & Pyfer has moved for the admission of Mark L. Shurtleff *pro hac vice* to appear on behalf of the State of Utah and other States as *Amici Curiae* before the Court in this case, with Patrick T. Fox to act as local counsel. Shurtleff has submitted an application in support of the motion. The unopposed motion and application appearing to be in order,

IT IS HEREBY ORDERED that the State of Utah and other States' unopposed motion to appear as *amici curiae* in this case is GRANTED for the

1

limited purpose of submitting *amici curiae* briefs on pending motions.

IT IS FURTHER ORDERED that Mr. Fox's motion and Mr. Shurtleff's application to admit Mark L. Shurtleff *pro hac vice* is granted under Local Rule 83.3 on the condition that Mr. Shurtleff shall do his own work, meaning he must prepare, sign and serve his own briefs for the *amici curiae*.

IT IS FURTHER ORDERED that Mark L. Shurtleff may appear as lead counsel on behalf of the State of Utah and other States for the limited purpose of preparing, signing, and serving *amici curiae* briefs on motions pending before the Court.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Shurtleff, within fifteen days of the date of this Order, files a separate document acknowledging admission under the terms set forth above.

DATED this 25th day of March, 2010.

_____
Jeremiah C. Lynch
United States Magistrate Judge