**FILED**

APR 13 2010

PATRICK E. DUFFY, CLERK
By_____
DEPUTY CLERK, HELENA

Gregory A. Jackson
Jackson Law Firm, P.C.
320 11th Avenue
Helena, MT 59601
Phone: (406) 443-2140
Fax: (406) 443-3727
E-mail: gjackson7@qwest.net

Herbert W. Titus
William J. Olson
John S. Miles
Jeremiah L. Morgan
WILLIAM J. OLSON, P.C.
370 Maple Avenue West
Suite 4
Vienna, VA 22180-5615
Phone: (703) 356-5070
Fax: (703) 356-5085
E-mail: wjo@mindspring.com
*Attorneys for Proposed Amici Curiae*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MONTANA SHOOTING SPORTS ASSOCIATION, INC., *ET AL.*, <br><br> Plaintiffs, <br><br> vs. <br><br> ERIC H. HOLDER, JR., Attorney General of the United States, <br><br> Defendant. | Case No. 9:09-cv-147-DWM-JCL <br><br> UNOPPOSED MOTION FOR LEAVE TO PARTICIPATE AS *AMICI CURIAE* OF GUN OWNERS FOUNDATION, GUN OWNERS OF AMERICA, INC., AND VIRGINIA CITIZENS DEFENSE LEAGUE |

Gun Owners Foundation, Gun Owners of America, Inc., and Virginia Citizens Defense League (hereinafter "GOF, *et al.*"), through their undersigned counsel, file this unopposed motion for leave to participate as *amici curiae* in the above-captioned case in support of plaintiffs.

Counsel for GOF, *et al.* has consulted with counsel for the plaintiffs who has consented to this motion and the participation of GOF, *et al.* as *amici curiae*. Counsel for GOF, *et al.* has also consulted with counsel for the defendant who does not oppose this motion.

### INTEREST OF THE *AMICI CURIAE*

GOF, *et al.* plan to file an *amicus curiae* brief in support of the plaintiffs in this case. Gun Owners Foundation is a nonprofit educational organization, exempt from federal income tax under section 501(c)(3) of the Internal Revenue Code ("IRC"), and is a public charity. Gun Owners of America, Inc. and Virginia Citizens Defense League are nonprofit social welfare organizations, exempt from federal income tax under IRC section 501(c)(4).

Each of the *amici* was established, *inter alia*, for educational purposes related to participation in the public policy process, which purposes include programs to conduct research, and to inform and educate the public, on important issues of national concern, the construction of state and federal constitutions and statutes related to the right of citizens to bear arms, and questions related to human

2

and civil rights secured by law, including the defense of the rights of crime victims, the rights to own and use firearms, and related issues. These organizations previously have filed *amicus curiae* briefs in other federal litigation, including important Second Amendment cases such as District of Columbia v. Heller, 554 U.S.___, 128 S.Ct. 2783 (2008).

The *amici curiae* believe that their perspective on the issues in this case will be of assistance to the District Court in deciding the defendant's pending motion to dismiss. They anticipate that their *amicus curiae* brief, while generally supporting plaintiff's argument, will emphasize that the application of federal firearms regulation in Montana must give way to the Tenth Amendment's guarantee of reserving, to the states or the people, all power not delegated to the United States government, and that the Second Amendment constrains the federal government from imposing licensure requirements on the manufacture and sale of firearms.

**ARGUMENT**

U.S. district courts have broad discretion to appoint or allow the participation of an *amicus curiae* in pending proceedings. *See* Hoptowit v. Ray, 682 F.2d 1237 (9th Cir. 1982); *see also* National Wildlife Federation v. National Marine Fisheries Service, 2005 U.S. Dist. LEXIS 16657, *14-*15 (Dist. Ore. 2005). The Ninth Circuit has also recognized the "classic role of amicus curiae by

assisting in a case of general public interest, supplementing the efforts of counsel, and drawing the court's attention to law that escaped consideration." Miller-Wohl v. Commissioner of Labor & Industry, 694 F.2d 203 (9th Cir. 1982).

As discussed above, GOF, *et al.* have participated in various cases relating to firearms laws and believe their perspective and research will assist this Court in this proceeding. Furthermore, counsel for the parties have either consented or do not oppose the participation of GOF, *et al.*, thereby acknowledging that they will not be prejudiced the granting of this motion. The Court's scheduling order explicitly recognized the participation of *amici* in this case with respect to defendant's motion to dismiss, and the brief *amicus curiae* is being submitted by the deadline established, and thus will not delay the court or the parties.

//

//

//

//

//

//

## CONCLUSION

For the foregoing reasons, GOF, *et al.* hereby request this Court to permit their participation in this proceeding. A proposed order is being submitted with this motion.

Respectfully submitted this 13th day of April, 2010.

Gregory A. Jackson
Jackson Law Firm, P.C.

Herbert W. Titus
William J. Olson
John S. Miles
Jeremiah L. Morgan
WILLIAM J. OLSON, P.C.

Attorneys for Gun Owners
Foundation, *et al.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon the persons named below by mailing, hand-delivery, Federal Express, or by telecopying to them a true and correct copy of said document. Dates this 13th of April, 2010.

[X] U.S. Mail   [ ] Hand-delivery   [ ] Federal Express   [ ] Fax

**Quentin M. Rhoades**
SULLIVAN TABARACCI & RHOADES
1821 South Ave West
Third Floor
Missoula, MT 59801
406-721-9700
Fax: 406-721-5838
Email: qmr@montanalawyer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Kenneth Haas**
U. S. Department of Justice
P. O. Box 883
Washington, DC 20530
202-307-3937
Fax: 202-353-3880
Email: alexander.haas@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Edward Brown**
DONEY CROWLEY BLOOMQUIST & UDA
PO Box 1185
Helena, MT 59624
406-443-2211
Fax: 406-449-8443
Email: jbrown@doneylaw.com
*ATTORNEY TO BE NOTICED*

**John E. Bloomquist**
DONEY CROWLEY BLOOMQUIST PAYNE UDA P.C.
Diamond Block, Suite 200
44 West Sixth Avenue
P. O. Box 1185

Helena, MT 59624
406-443-2211
Fax: 406-449-8443
Email: jbloomquist@doneylaw.com
*ATTORNEY TO BE NOTICED*

**Mark L. Shurtleff**
OFFICE OF THE ATTORNEY GENERAL
PO Box 142320
Salt Lake City, UT 84114-2320
801-538-9600
Fax: 801-538-1121
Email: mshurtleff@utah.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick T. Fox**
DOUBEK & PYFER
PO Box 236
Helena, MT 59624
406-442-7830
Fax: 406-442-7839
Email: patrickfox@doubekpyfer.com
*ATTORNEY TO BE NOTICED*


**Jeffrey T. Renz**
CRIMINAL DEFENSE CLINIC
School of Law
32 Campus Drive
University of Montana
Missoula, MT 59812
Email: jeff.renz@umontana.edu
*ATTORNEY TO BE NOTICED*

**Jennifer W. Bordy**
ATTORNEY AT LAW
7720 A Shedhorn Drive, PMB 132
Bozeman, MT 59718
406-587-2566
Fax: 406-587-6253
Email: jennifer@jbordylaw.com
*ATTORNEY TO BE NOTICED*

**Duncan Scott**
Scott and Kienzle

1001 South Main
Kalispell, MT 59901
406-752-1250
Fax: 406-752-6001
Email: dscott1061@aol.com
*ATTORNEY TO BE NOTICED*

**Arthur V. Wittich**
WITTICH LAW OFFICE
602 Ferguson Avenue
Suite 5
Bozeman, MT 59718
*ATTORNEY TO BE NOTICED*

**Nicholas C. Dranias**
GOLDWATER INSTITUTE
500 East Coronado Road
Phoenix, AZ 85004
602-462-5000 ext. 221
Fax: 602-256-7045
Email: ndranias@goldwaterinstitute.org
*ATTORNEY TO BE NOTICED*

**Timothy C. Fox**
GOUGH SHANAHAN JOHNSON & WATERMAN
PO Box 1715
Helena, MT 59624-1715
406-442-8560
Fax: 442-8783
Email: tcf@gsjw.com
*ATTORNEY TO BE NOTICED*

**Chris D. Tweeten**
OFFICE OF THE MONTANA ATTORNEY GENERAL
PO Box 201401
Helena, MT 59620-1401
406-444-2026
Fax: 444-3549
Email: ctweeten@mt.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Gregory A. Jackson