IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

_____

| | |
|---|---|
| MONTANA SHOOTING SPORTS ASSOCIATION, SECOND AMENDMENT FOUNDATION, Inc., and GARY MARBUT,<br><br>Plaintiffs,<br><br>vs.<br><br>ERIC H. HOLDER, JR., ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA,<br><br>Defendant. | CV-09-147-DWM-JCL<br><br><br>ORDER |

_____

The Gun Owners Foundation, Gun Owners of America, Inc., and Virginia Citizens Defense League have filed an unopposed motion for leave to participate as *amici curiae* in support of Plaintiffs in this action. Accordingly,

IT IS ORDERED that the Gun Owners Foundation, Gun Owners of

1

America, Inc., and Virginia Citizens Defense League are granted leave to appear as *amici curiae* in this case for the limited purpose of submitting *amici curiae* briefs on pending motions.

DATED this 14th day of April, 2010.

           /s/ Jeremiah C. Lynch
           Jeremiah C. Lynch
           United States Magistrate Judge