Gregory A. Jackson
320 11th Avenue
Helena, MT  59601
Phone: (406) 443-2140
E-mail:  gjackson7@qwest.net

Herbert W. Titus
William J. Olson
John S. Miles
Jeremiah L. Morgan
WILLIAM J. OLSON, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA  22180-5615
Phone:  (703) 356-5070
Fax:  (703) 356-5085
E-mail:  wjo@mindspring.com
*Attorneys for Amici Curiae*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | | |
|---|---|---|
| MONTANA SHOOTING SPORTS ASSOCIATION, INC., *ET AL.*, | ) ) ) | Case No. 9:09-cv-147-DWM-JCL |
| Plaintiffs, | ) ) | NOTICE OF ACKNOWLEDGMENT OF TERMS |
| vs. | ) ) | OF PRO HAC VICE ADMISSION |
| ERIC H. HOLDER, JR., Attorney General of the United States, | ) ) ) | |
| Defendant. | ) ) | |

Pursuant to the Court's Order dated April 19, 2010, granting *pro hac vice*

admission to Herbert W. Titus, counsel for the *amici curiae*, Gun Owners Foundation, Gun Owners of America, Inc., and Virginia Citizens Defense League on the condition that he acknowledges that he will do his own work in the representation of said *amici curiae*.  In accordance with that Order, Herbert W. Titus further acknowledges that he will do his own writing, signing, and service of his own briefs.

DATED this 28th May, 2010.

/s/ Herbert W. Titus
Herbert W. Titus
William J. Olson, P.C.
370 Maple Ave. W., Ste. 4
Vienna, VA 22180-5615
(703) 356-5070


/s/ Gregory A. Jackson
Jackson Law Firm, P.C.
Gregory A. Jackson
320 11th Ave.
Helena, MT  59601
(406) 443-2140