STEVE BULLOCK
Montana Attorney General
CHRIS D. TWEETEN
Chief Civil Counsel
ANTHONY JOHNSTONE
State Solicitor
ZACK ZIPFEL
Assistant Attorney General
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Telephone: 406-444-2026
Fax: 406-444-3549
ctweeten@mt.gov

COUNSEL FOR INTERVENOR STATE OF MONTANA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

Montana Shooting Sports Association,
Second Amendment Foundation, Inc., and
Gary Marbut,

        Plaintiffs,

        v.

Eric H. Holder, Jr.,

        Defendant.

STATE'S NOTICE OF
ALLOCATION OF ARGUMENT TIME

CV-09-147-M-DWM-JCL

Pursuant to the Court's Order of May 25, 2010, Document 78, the State of Montana respectfully notifies the Court and counsel that it agrees to cede 10 minutes of its allotted argument time to the amici Montana Legislators, represented by Prof. Jeffrey Renz.

Respectfully submitted this 7th day of June, 2010.

                              STEVE BULLOCK
                              Montana Attorney General
                              CHRIS D. TWEETEN
                              Chief Civil Counsel
                              ANTHONY JOHNSTONE
                              State Solicitor
                              ZACK ZIPFEL
                              Assistant Attorney General
                              215 North Sanders
                              P.O. Box 201401

By:__*/s/ Chris D. Tweeten*_____
CHRIS D. TWEETEN
Chief Civil Counsel
Attorney for Intervenor State of Montana