Quentin M. Rhoades
State Bar No. 3969
**SULLIVAN, TABARACCI & RHOADES, P.C.**
1821 South Avenue West
Third Floor
Missoula, Montana  59801
Telephone:  (406) 721-9700
Facsimile:  (406) 721-5838
qmr@montanalawyer.com

*Pro Querente*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| **MONTANA SHOOTING SPORTS ASSOCIATION, SECOND AMENDMENT FOUNDATION, Inc., and GARY MARBUT,** | Cause No. **CV-09-147-M-DWM** |
| Plaintiffs, | |
| v. | ***PLAINTIFF'S OBJECTIONS TO FINDINGS AND RECOMMENDATIONS OF MAGISTRATE JUDGE*** |
| **ERIC H. HOLDER, JR., ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA,** | |
| Defendant. | |

Plaintiffs Montana Shooting Sports Association, Second Amendment

Foundation, Inc., and Gary Marbut ("Plaintiffs"), by and through their

counsel of record, hereby submit, in accordance with 28 U.S.C. § 636(b) and FED. R. CIV. P. 72(b)(2), their objections to the Findings and Recommendations of Magistrate Judge entered on August 31, 2010. (Dkt. No. 103.)

## OBJECTIONS

1.    Plaintiffs object to the Magistrate Judge's finding that Defendant Eric H. Holder, Jr. ("Defendant") failed to waive sovereign immunity under the U.S. Administrative Procedures Act.

2.    Plaintiffs object to the Magistrate Judge's finding that regardless of any waiver of sovereign immunity, Plaintiffs are not entitled to non-statutory review.

3.    Plaintiffs object to the Magistrate Judge's finding that Plaintiffs lack standing on the basis of Defendants' threat of prosecution.

4.    Plaintiffs object to the Magistrate Judge's finding that Plaintiffs lack standing on the basis that they have suffered no economic harm.

5.    Plaintiffs object to the Magistrate Judge's finding that Plaintiffs lack organizational standing.

6.    Plaintiffs object to the Magistrate Judge's finding that the Commerce Clause allows Congress to regulate purely intrastate activities

allowed under Montana law by the Montana Firearms Freedom Act and MONT. CODE ANN. §§ 30-20-104 *et. seq.*

7.     Plaintiffs object to the Magistrate Judge's finding that the activities allowed under Montana law by the Montana Firearms Freedom Act and MONT. CODE ANN. §§ 30-20-104 *et. seq.*, are not protected under the Second Amendment of the U.S. Constitution.

8.     Plaintiffs object to the Magistrate Judge's implicit finding that the activities allowed under Montana law by the Montana Firearms Freedom Act and MONT. CODE ANN. §§ 30-20-104 *et. seq.*, are not protected under the Ninth Amendment of the U.S. Constitution.

9.     Plaintiffs object to the Magistrate Judge's finding that the activities allowed under Montana law by the Montana Firearms Freedom Act and MONT. CODE ANN. §§ 30-20-104 *et. seq.*, are not protected under the Tenth Amendment of the U.S. Constitution.

10.     Plaintiffs object to the Magistrate Judge's recommendation that the Second Amended Complaint be dismissed for failure to state a claim.

11.     Plaintiffs object to the Magistrate Judge's finding that the Second Amendment of the United States Constitution does not apply to this case because the issue is not plead in the Second Amended Complaint.

3

12.    Plaintiffs object to the Magistrate Judge's failure to rule on the statutory issues raised by amicus Gun Owners of America (Dkt. No. 54) before ruling on the constitutional issue.

## BASIS

The forgoing objections are all based on the arguments of Plaintiffs and the *amicus curiae,* as set forth in the briefs filed in opposition to Defendant's motion to dismiss  (Dkt. Nos. 32, 34, 45, 47, 48, 51, 54, 58, 64, 71, 85 and 93), as well as those arguments stated orally at the July 15, 2010, hearing on the motion to dismiss. (*See,* Transcr. of Proceedings (Jul. 15, 2010) attached hereto as Exhibit A.)  Such arguments are incorporated herein by this reference.  In addition, the basis for the Second Amendment arguments made at hearing arose from the United States Supreme Court case of *McDonald v. City of Chicago,* ____ U.S. ___, ___ S.Ct. ___, 2010 WL 2555188 (U.S.), 78 USLW 4844 (June 28, 2010), decided at the end of June, 2010, and over a month after the Government's reply brief was filed on the issue.  If the Second Amendment argument is to be rejected as unplead, the Court should grant leave to Plaintiffs to amend their pleadings to include the issue.  Pursuant to Plaintiffs objections, they request review *de novo*. FED. R. CIV. P. 72(b)(3).

4

## CONCLUSION

Plaintiffs respectfully request that their objections to the Magistrate

Judge's Findings be sustained, the Recommendations of the Magistrate

Judge be rejected, and Defendant's motion to dismiss be denied in its

entirety.

Dated this 14th day of September, 2010.

Respectfully Submitted,
SULLIVAN, TABARACCI & RHOADES, P.C.

By: */s/ Quentin M. Rhoades*
Quentin M. Rhoades
*Pro Querente*

5

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of September, 2010, I served a true and correct copy of the foregoing on the following persons by the following means:

| | |
|---|---|
| __1__ | CM/ECF |
| _____ | Hand Delivery |
| __2__ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-Mail |

1.   Jessica B. Leinwand
     U.S. DEPARTMENT OF JUSTICE
     Civil Division
     P.O. Box 883
     Ben Franklin Station
     Washington, D.C. 20044
     *Representing Defendant Eric H. Holder, Jr.*

1.   James Edward Brown
     John E. Bloomquist
     DONEY CROWLEY BLOOMQUIST & PAYNE UDA, P.C.
     Diamond Block ,Suite 200
     44 West Sixth Avenue
     P.O. Box 1185
     Helena, MT 59624
     *Representing Weapons Collectors Society of MT (Amicus)*
     *Representing Western Tradition Partnership (Amicus)*

1.   Mark L. Shurtleff
     OFFICE OF THE ATTORNEY GENERAL
     P.O. Box 142320
     Salt Lake City, UT 84114-2320
     *Representing State of Utah & Other States (Amicus)*

6

## CERTIFICATE OF SERVICE
### *(continued)*

1. Patrick T. Fox
   DOUBEK & PYFER
   P.O. Box 236
   Helena, MT 59624
   *Representing State of Utah & Other States (Amicus)*

1. Jeffrey T. Renz
   CRIMINAL DEFENSE CLINIC
   School of Law
   32 Campus Drive
   University of Montana
   Missoula, MT 59812
   *Representing Montana Legislators (Amicus)*

1. Jennifer W. Bordy
   ATTORNEY AT LAW
   7720 A Shedhorn Drive
   PMB 132
   Bozeman, MT 59718
   *Representing Montana Legislators (Amicus)*

1. Duncan Scott
   SCOTT & KIENZEL
   1001 South Main Street
   Kalispell, MT 59901
   *Representing Paragon Foundation, Inc. (Amicus)*

2. Arthur V. Wittich
   WITTICH LAW OFFICE
   602 Ferguson Avenue
   Suite 5
   Bozeman, MT 59718
   *Representing Center for Constitutional Jurisprudence
   & Lawmakers from 17 States (Amicus)*

## CERTIFICATE OF SERVICE
### (continued)

1. Anthony T. Caso
   LAW OFFICE OF ANTHONY T. CASO
   8001 Folsom Blvd
   Suite 100
   Sacramento, CA 95826
   *Representing Center for Constitutional Jurisprudence
   & Lawmakers from 17 States (Amicus)*

1. Nicholas C. Dranias
   GOLDWATER INSTITUTE
   500 East Coronado Road
   Phoenix, AZ 85004
   *Representing Goldwater Institute Scharf-Norton
   Center for Constitutional Gov't., et al. (Amicus)*

1. Timothy C. Fox
   GOUGH SHANAHAN JOHNSON & WATERMAN
   P.O. Box 1715
   Helena, MT 59624-1715
   *Representing Goldwater Institute Scharf-Norton
   Center for Constitutional Gov't., et al. (Amicus)*

1. Chris D. Tweeten
   OFFICE OF THE MONTANA ATTORNEY GENERAL
   P.O. Box 201401
   Helena, MT 59620-1401
   *Representing Montana Attorney Gen
   Steve Bullock (Intervenor)*

///

///

8

## CERTIFICATE OF SERVICE
### *(continued)*

1.     Gregory A. Jackson
   JACKSON LAW FIRM, P.C.
   320 - 11th Avenue
   Helena, MT 59601
   *Representing Gun Owners Foundation, Gun Owners
   of America, Inc. & Virginia Citizens Defense League*

2.     Herbert W. Titus
   William J. Olson
   John S. Miles
   Jeremiah L. Morgan
   LAW FIRM OF WILLIAM J. OLSON
   370 Maple Avenue West
   Suite 4
   Vienna, VA 22180-5615
   *Representing Gun Owners Foundation, Gun Owners
   of America, Inc. & Virginia Citizens Defense League*

1.     Cynthia L. Wolken
   Montana Legal Services
   616 Helena Avenue
   Suite 100
   Helena, MT 59601
   *Representing Brady Center to Prevent Gun Violence; & Int'l
   Brotherhood of Police Officers, et al.*

1.     Gil N. Peles
   PROSKAUER ROSE, LLP
   2049 Century Park East
   Suite 3200
   Los Angeles, CA 90067
   *Representing Brady Center to Prevent Gun Violence*

///

9

# CERTIFICATE OF SERVICE
## *(continued)*

2.    Paul M. Kienzle
Attorney At Law
P.O. Box 587
Albuquerque, NM 87103
*Representing Paragon Foundation, Inc. (Amicus)*

By: */s/ Quentin M. Rhoades*
Quentin M. Rhoades

10