

FILED

SEP 29 2010

PATRICK E. DUFFY, CLERK
By_____
DEPUTY CLERK, MISSOULA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | | |
|---|---|---|
| MONTANA SHOOTING SPORTS ASSOCIATION, SECOND AMENDMENT FOUNDATION, INC., and GARY MARBUT, | ) ) ) ) ) | CV 09-147-M-DWM-JCL |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | ORDER |
| ERIC H. HOLDER, JR., ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA, | ) ) ) ) ) | |
| Defendants. | ) ) | |

The Court having reviewed Magistrate Judge Jeremiah C. Lynch's Findings and Recommendations together with the objections of the Plaintiffs and Intervenor and the response filed by the Defendant, and having conducted a de novo review as required by 28 U.S.C. § 636(b)(1),

IT IS HEREBY ORDERED that Judge Lynch's Findings and Recommendations (Doc. No. 103) are adopted in full, and the Defendant's motion to dismiss for lack of subject matter jurisdiction and failure to state a claim (Doc. No. 10) is GRANTED. The case will be dismissed and judgment entered upon the filing of a forthcoming explanatory opinion.

DATED this 29th day of September, 2010.

Donald W. Molloy, District Judge
United States District Court