Quentin M. Rhoades
State Bar No. 3969
**SULLIVAN, TABARACCI & RHOADES, P.C.**
1821 South Avenue West
Third Floor
Missoula, Montana  59801
Telephone:  (406) 721-9700
Facsimile:  (406) 721-5838
qmr@montanalawyer.com

*Pro Querente*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| **MONTANA SHOOTING SPORTS ASSOCIATION, SECOND AMENDMENT FOUNDATION, Inc., and GARY MARBUT,**<br><br>Plaintiffs,<br><br>v.<br><br>**ERIC H. HOLDER, JR., ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA,**<br><br>Defendant. | Cause No. **CV-09-147-M-DWM**<br><br><br>***NOTICE OF APPEAL*** |

NOTICE IS HEREBY GIVEN that Plaintiffs Montana Shooting Sports

Association, Second Amendment Foundation, Inc., and Gary Marbut

("Plaintiffs"), in the above named case hereby appeal to the United States Court of Appeals for the Ninth Circuit, the final judgment entered in this action on October 19, 2010.  (Dkt. No. 109, Exhibit A attached.)

Dated this 2nd day of December, 2010.

>Respectfully Submitted,
>SULLIVAN, TABARACCI & RHOADES, P.C.
>
>
>By: /s/ Quentin M. Rhoades
>       Quentin M. Rhoades
>       *Pro Querente*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of December, 2010, I served a true and correct copy of the foregoing on the following persons by the following means:

|     |     |
| --- | --- |
| __1__ | CM/ECF |
| _____ | Hand Delivery |
| __2__ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-Mail |

1. Jessica B. Leinwand
   U.S. DEPARTMENT OF JUSTICE
   Civil Division
   P.O. Box 883
   Ben Franklin Station
   Washington, D.C. 20044
   *Representing Defendant Eric H. Holder, Jr.*

1. James Edward Brown
   John E. Bloomquist
   DONEY CROWLEY BLOOMQUIST & PAYNE UDA, P.C.
   Diamond Block ,Suite 200
   44 West Sixth Avenue
   P.O. Box 1185
   Helena, MT 59624
   *Representing Weapons Collectors Society of MT (Amicus)*
   *Representing Western Tradition Partnership (Amicus)*

1. Mark L. Shurtleff
   OFFICE OF THE ATTORNEY GENERAL
   P.O. Box 142320
   Salt Lake City, UT 84114-2320
   *Representing State of Utah & Other States (Amicus)*

3

## CERTIFICATE OF SERVICE
### *(continued)*

1. Patrick T. Fox
   DOUBEK & PYFER
   P.O. Box 236
   Helena, MT 59624
   *Representing State of Utah & Other States (Amicus)*

1. Jeffrey T. Renz
   CRIMINAL DEFENSE CLINIC
   School of Law
   32 Campus Drive
   University of Montana
   Missoula, MT 59812
   *Representing Montana Legislators (Amicus)*

1. Jennifer W. Bordy
   ATTORNEY AT LAW
   7720 A Shedhorn Drive
   PMB 132
   Bozeman, MT 59718
   *Representing Montana Legislators (Amicus)*

1. Duncan Scott
   SCOTT & KIENZEL
   1001 South Main Street
   Kalispell, MT 59901
   *Representing Paragon Foundation, Inc. (Amicus)*

2. Arthur V. Wittich
   WITTICH LAW OFFICE
   602 Ferguson Avenue
   Suite 5
   Bozeman, MT 59718
   *Representing Center for Constitutional Jurisprudence & Lawmakers from 17 States (Amicus)*

## CERTIFICATE OF SERVICE
### *(continued)*

1. Anthony T. Caso
   LAW OFFICE OF ANTHONY T. CASO
   8001 Folsom Blvd
   Suite 100
   Sacramento, CA 95826
   *Representing Center for Constitutional Jurisprudence & Lawmakers from 17 States (Amicus)*

1. Nicholas C. Dranias
   GOLDWATER INSTITUTE
   500 East Coronado Road
   Phoenix, AZ 85004
   *Representing Goldwater Institute Scharf-Norton Center for Constitutional Gov't., et al. (Amicus)*

1. Timothy C. Fox
   GOUGH SHANAHAN JOHNSON & WATERMAN
   P.O. Box 1715
   Helena, MT 59624-1715
   *Representing Goldwater Institute Scharf-Norton Center for Constitutional Gov't., et al. (Amicus)*

1. Chris D. Tweeten
   OFFICE OF THE MONTANA ATTORNEY GENERAL
   P.O. Box 201401
   Helena, MT 59620-1401
   *Representing Montana Attorney Gen Steve Bullock (Intervenor)*

///

## CERTIFICATE OF SERVICE
### (continued)

1. Gregory A. Jackson
   JACKSON LAW FIRM, P.C.
   320 - 11th Avenue
   Helena, MT 59601
   *Representing Gun Owners Foundation, Gun Owners of America, Inc. & Virginia Citizens Defense League*

2. Herbert W. Titus
   William J. Olson
   John S. Miles
   Jeremiah L. Morgan
   LAW FIRM OF WILLIAM J. OLSON
   370 Maple Avenue West
   Suite 4
   Vienna, VA 22180-5615
   *Representing Gun Owners Foundation, Gun Owners of America, Inc. & Virginia Citizens Defense League*

1. Cynthia L. Wolken
   Montana Legal Services
   616 Helena Avenue
   Suite 100
   Helena, MT 59601
   *Representing Brady Center to Prevent Gun Violence; & Int'l Brotherhood of Police Officers, et al.*

1. Gil N. Peles
   PROSKAUER ROSE, LLP
   2049 Century Park East
   Suite 3200
   Los Angeles, CA 90067
   *Representing Brady Center to Prevent Gun Violence*

///

## **CERTIFICATE OF SERVICE**
### *(continued)*

2.  Paul M. Kienzle
    Attorney At Law
    P.O. Box 587
    Albuquerque, NM 87103
    *Representing Paragon Foundation, Inc. (Amicus)*


              By: */s/ Quentin M. Rhoades*
                   Quentin M. Rhoades